IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARMEN MORA, | No. C 13-3888 CW |
| Plaintiff, | ORDER DISMISSING CASE FOR LACK OF FEDERAL JURISDICTION |
| v. | |
| UNIVERSITY OF CALIFORNIA at SAN FRANCISCO, | |
| Defendant. | |

On August 22, 2013, Edgar Mora filed a complaint on behalf of his mother, Plaintiff Carmen Mora, seeking a court order compelling the University of California at San Francisco to admit Plaintiff to its hospital. Docket No. 1, Complaint, Ex. I. The complaint alleges that Plaintiff was recently discharged from the hospital's intensive care unit but remains in need of medical services. Id. After Plaintiff's son "informed the Court that this action presents a life or death situation," Magistrate Judge LaPorte construed Plaintiff's complaint as a request for a temporary restraining order and reassigned the matter to the undersigned judge. Docket No. 4, Order Reassigning Case.

After reviewing the complaint, the Court finds that Plaintiff has not identified a basis for federal subject matter jurisdiction. The cover sheet to her complaint identifies diversity of citizenship as the only basis of jurisdiction but also indicates that both parties in this action are citizens of the State of California. Accordingly, this action must be

dismissed. Plaintiff may attempt to seek the relief that she has requested here in state court.

    IT IS SO ORDERED.

Dated: 8/22/2013

CLAUDIA WILKEN
United States District Judge